IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| V. | ) ) | 3:19-CV-1387-G (BN) |
| E. KYLE WALL, | ) ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 9, 2019 (docket entry 21), the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and that the Defendant's Motion to Dismiss is **DENIED**.

**SO ORDERED**.

January 7, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**